Bertha Hess et al., Appellees, v. Aquitania Apartments Company et al., Appellants.

Gen. No. 42,148.

opinion filed February 13, 1942; rehearing denied March 2, 1942. Jones, Mulroy & Staub and Howard D. Moses, for appellants; Don Kenneth Jones, Ernest F. Staub and Howard D. Moses, of counsel; Ringer, Reinwald & Sostrin, for appellees; Philip E. Ringer and Morris Sostrin, of counsel. Opinion by JUSTICE MATCHETT. "Not to be published in full."